**91–1932.** State, ex rel. Citizens for a Better Beachwood, v. Cuyahoga Cty. Bd. of Elections. In Mandamus or Prohibition. This cause originated in this court on the filing of a complaint for a writ of mandamus or, in the alternative, for a writ of prohibition. Upon consideration of the motion of Loren J. Burg for leave to intervene as a respondent,

IT IS ORDERED by the court that said motion for leave to intervene be, and the same is hereby, denied, effective October 18, 1991.

DOUGLAS and WRIGHT, JJ., dissent.

## DISCIPLINARY DOCKET

**91–411.** Cleveland Bar Assn. v. Harrison. It is ordered by the court, *sua sponte*, that Gladys E. Harrison, Attorney Registration Number 0016051, is found in contempt, effective October 16, 1991, for failure to fully comply with this court's order of July 10, 1991.

**91–457.** Lake Cty. Bar Assn. v. Billson. It is ordered by the court, *sua sponte*, that T. Michael Billson, Attorney Registration Number 0031516, is found in contempt, effective October 16, 1991, for failure to fully comply with this court's order of July 10, 1991.

**91–1277.** In re Resignation of Johnson. It is ordered by the court, *sua sponte*, that Barbara Lynn Johnson, Attorney Registration Number 0030533, is found in contempt, effective October 16, 1991, for failure to fully comply with this court's order of July 24, 1991.

## MISCELLANEOUS DISMISSALS

**91–1208.** Jeanne v. Hawkes Hosp. of Mt. Carmel. *Franklin County*, No. 90AP–599. Cause dismissed, on appellants' application for dismissal, effective October 16, 1991.

**91–1291.** Campbell v. Campbell. *Lucas County*, No. L–90–105. This cause is here on certification of conflict by the Court of Appeals for Lucas County. It appears from the records of this court that appellants have failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*, effective October 16, 1991.

IT IS FURTHER ORDERED that the appellees recover from the appellants their costs herein expended; and that a mandate be sent to the Court of Appeals for Lucas County to carry this judgment into execution; and that a copy of this entry be certified to the Clerk of the Court of Appeals for Lucas County for entry.

**91–1491.** State v. Drake. *Cuyahoga County*, No. 56475. *Sua sponte*, cause dismissed for want of prosecution, effective October 16, 1991.

**91–1577.** State v. Adams. *Montgomery County*, No. CA 12341. *Sua sponte*, cause dismissed for want of prosecution, effective October 16, 1991.

**91–1602.** State v. Cooper. *Seneca County*, No. 6391. *Sua sponte*, cause dismissed for want of prosecution, effective October 16, 1991.

**91–1653.** Diakonis v. Reno. *Lucas County*, No. L–89–354. *Sua sponte*, cause dismissed for want of prosecution, effective October 16, 1991.

**91–1682.** State v. Begley. *Butler County*, No. CA90–09–196. *Sua sponte*, cause dismissed for want of prosecution, effective October 16, 1991.

**91–1755.** State v. Hendrix. *Cuyahoga County*, Nos. 58519 and 58520. *Sua sponte*, cause dismissed for want of prosecution, effective October 16, 1991.

**91–1796.** State v. Cerveniak. *Lorain County*, No. 90CA004860. *Sua sponte*, cause dismissed for want of prosecution, effective October 16, 1991.